IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT HRUSOVSKY** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | NO. ~~07-4295~~ 08-147 |
| | : | |
| **PAUL J. STOWITZSKYN and THE ATTORNEY GENERAL OF PENNSYLVANIA** | : | |
| Respondents. | : | |

FILED
DEC 18 2008
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 17th day of December, 2008, upon consideration of the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 filed by petitioner, Robert Hrusovsky (Document No. 1), and the record in this case, and the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated November 24, 2008, no objections having been filed, **IT IS ORDERED** as follows:

1. Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated November 24, 2008, is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 filed by petitioner, Robert Hrusovsky, is **DISMISSED**; and,

3. A certificate of appealability will not issue because reasonable jurists would not debate whether the petition states a valid claim of the denial of a constitutional right or this Court's procedural rulings with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

12/18/08 mailed /certified
Hrusovsky

BY THE COURT:

_____
JAN E. DUBOIS, J.